Daniel, J.
 

 The defendant executed to the plaintiff, “executor of Titus Darden, deceased,” the bond declared on. The bond was conditioned, at the expiration of the term, to return in good repair the farm belonging to the
 
 heirs
 
 of Titus Darden, which farm the defendant had leased for a term of years. The damages to, be recovered, on a breach of the conditions of this bond, could not in any way be made the personal assets of the testator. The obligee being described in the bond “executor of Titus Darden” does not in law compel him to sue
 
 as
 
 executor. The words are but surplusage; and he may and ought to sue in his own name, as on a bond in which he has the legal title. The plaintiff placed this bond in the hands of 'the guardian, because, in equity, the heirs of Darden had a right to all the benefit arising under it.
 

 Secondly; the guardian was not a party to the record in this suit, and was not personally interested in the event of the suit. He had no interest in the damages or in
 
 the
 
 record. The circumstance that the guardian felt himself bound
 
 to pay
 
 the costs out of the funds of his wards, if the defendant should prevail and have a judgment to recover his costs, did not disqualify him from being a witness. The judgment must be affirmed.
 

 Per Curiam, ' < Judgment affirmed.